**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SELINA WANSER,

              Plaintiff,

v.                                                          Case No:   6:22-cv-1642-LHP

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant

---

**ORDER[1]**

This cause came on for consideration without oral argument on the following

motion filed herein:

> **MOTION:**  **UNOPPOSED MOTION FOR ENTRY OF**
> **JUDGMENT WITH REMAND (Doc. No. 14)**
>
> **FILED:**   **January 30, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

---

[1] The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge.  *See* Doc. Nos. 13, 17–18.

The Commissioner of Social Security moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), so that the following may occur:

> On remand, the Administrative Law Judge will be instructed to obtain supplemental vocational evidence, addressing and resolving inconsistencies between the limitations assessed in the residual functional capacity and the requirements of the jobs outlined that the claimant can perform in the national economy (Social Security Ruling 00-4p).   On remand, the Administrative Law Judge should update the administrative record, offer the claimant the opportunity for a hearing, and issue a new decision.

Doc. No. 14.   Plaintiff does not object to the motion.   *Id.* at 1.

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. The Unopposed Motion for Entry of Judgment with Remand (Doc. No. 14) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** any pending motions as moot, and thereafter **CLOSE** this case.

- 3 -

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties